1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JOHN KOZLOWSKI, | ) Case No. ED CV 13-1695 JCG |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the decision of the Commissioner of the Social

Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to

sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent

with the Court's Memorandum Opinion and Order filed contemporaneously with the

filing of this Judgment.

Dated: **April 29, 2014**

_____
Hon. Jay C. Gandhi
United States Magistrate Judge